**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **SCIENTIFIC GAMES INTERNATIONAL, INC.,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | ) | |
| | ) | 2:16-cv-00142-WCO |
| **v.** | ) | |
| | ) | |
| **BRIAN KEITH CASH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER GRANTING CONSENT MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

It appearing to the Court that there is a need to extend the Temporary Restraining Order that was entered in this case on June 28, 2016 [Doc. No. 13], it is hereby ORDERED that the Parties' Consent Motion to Extend the Temporary Restraining Order is GRANTED.

The terms of the June 28, 2016 Temporary Restraining Order [Doc. No. 13] are hereby extended and shall remain in effect for an additional 60 (sixty) days, through and including October 25, 2016.

SO ORDERED this 23rd day of August, 2016.

Judge William C. O'Kelley
Senior United States District Judge